IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA ESPARRAGUERA, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF THE ARMY, *et al.*, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 22-1109 (TJK) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S NOTICE OF ERRATA TO COMPLAINT

Plaintiff Maria Esparraguera, by and through undersigned counsel, hereby submits this Notice of Errata to Her Complaint. On April 21, 2022, Plaintiff filed her Complaint. Paragraphs 208-211 of the Complaint identified and cited to Exhibits 1-4. Defendants' counsel recently brought to our attention that we neglected to include copies of Exhibits 1-4 with the Complaint. To correct the error, we now submit Exhibits 1-4 to the Complaint.

Date:  June 21, 2022

Respectfully submitted,

*[signature]*

Christopher J. Keeven #993971
Debra L. Roth #422452
Conor D. Dirks #1022481
Shaw Bransford & Roth P.C.
1100 Connecticut Ave NW, Suite 900
Washington, DC 20036
Tel: 202-463-8400
Fax: 202-833-8082

*Counsel for Plaintiff Maria Esparraguera*