

**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505
(202) 804-7000
www.osc.gov

January 10, 2022

Ms. Maria Esparraguera
c/o Christopher Keeven, Esq.
Shaw, Bransford & Roth, P.C.
1100 Connecticut Avenue, NW, Suite 900
Washington, DC 20036

*Sent via email to: ckeeven@shawbransford.com*

    Re: OSC File No. MA-21-002161

Dear Ms. Esparraguera,

    On December 17, 2021, the U.S. Office of Special Counsel (OSC) sent you a letter setting forth proposed factual and legal determinations regarding your complaint of prohibited personnel practices against the U.S. Department of the Army.

    You responded to our letter on December 30, 2021. In your response to OSC's letter dated December 17, 2021, you stated that OSC has the authority to consider your constitutional claims and should seek corrective action on your behalf because doing so likely would result in your being restored to the senior executive service. Unfortunately, the additional information you provided did not lead us to believe that our preliminary determination was in error.

    For the reasons detailed above, as well as those set forth in our December 17, 2021 letter, OSC has made a final determination to close your file. Thank you for allowing OSC to consider your claims.

                                                               Sincerely,

                                                              Carolyn S. Martorana
                                                              Attorney

Dallas, TX Field Office
P.O. Box 793771
Dallas, TX 75379
Telephone: (214) 974-7075

Detroit, MI Field Office
P.O. Box 760395
Lathrup Village, MI 48076
Telephone: (313) 335-8085

San Francisco, CA Field Office
P.O. Box 170023
San Francisco, CA 94117
Telephone: (510) 598-2065

EXHIBIT 4